*10*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 18 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| Maria Olivia Vasquez, et al, § § | |
| Plaintiffs § § | CIV. CAUSE NO. B-00-40 |
| v. § § | |
| Lucent Technologies, Inc., et. al., § § | |
| Defendants § | |

## ORDER

BE IT REMEMBERED, that on May 11, 2000, the Court considered the Parties Local Rule 2(G) Agreement for Extension of Time for Defendant, Lucent Technologies, Inc., to File its Response to Plaintiffs' Original Complaint, filed on May 12, 2000. The Court adopts the agreement of the Parties and **ORDERS** the Defendant Lucent Technologies, Inc. to answer the Plaintiffs' complaint on or before June 26, 2000, and the Plaintiff not seek a default judgment against Lucent Technologies, Inc. before that date.

DONE at Brownsville, Texas, this the _17th_ day of May, 2000.

_____
Hilda G. Tagle
United States District Court Judge