IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Maria Olivia Vasquez, individually and as representative of the estate of Valente Ibarra Ibarra, deceased, and as next friend of Olivia Lizbeth Ibarra Vasquez and Jesus Alan Ibarra Vasquez, minor children, et al, | § § § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. B-00-40 |
| Lucent Technologies, Inc., et al, | § § § | |
| Defendants. | § | |

**ORDER DISMISSING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

BE IT REMEMBERED, that on June 13, 2000, the Court **DISMISSED** this case sua sponte because it does not have subject matter jurisdiction. The Plaintiffs' complaint alleges no federal cause of action, and the Parties are not diverse.

The Plaintiffs' complaint states that the Court has jurisdiction under 28 U.S.C. § 1332(a)(1) "because the Plaintiffs and the Defendants are citizens of different states and countries [Dkt. No. 1, p. 4]." The Court does not have jurisdiction over this case under 28 U.S.C. § 1332(a)(1) because that provision only applies to lawsuits between "citizens of different states." All of the Plaintiffs in this case are citizens of Mexico, and are, therefore, not citizens of a state.

Moreover, one of the Defendants in this lawsuit, Servicios de Manufacturas de Monterrey, S.A. de C.V., "is a non-resident Mexican corporate business entity. Said

1

Defendant may be served with process at its principal place of business Avenida La Silla 7705, FRACC. Parque Industrial La Silla, Guadalupe, Nuevo Leon, Mexico C.P. 67190 [Dkt. No. 1, p. 3]." Since the face of the Plaintiffs' complaint reveals that both the Plaintiffs and one of the Defendants are citizens of Mexico, the Court does not have jurisdiction over the Plaintiffs' lawsuit under any of the other diversity provisions of 28 U.S.C. § 1332. See Jones v. Petty-Ray Geophysical Geosource, Inc., 954 F.2d 1061, 1064 (5th Cir. 1992); Chick Kam Choo v. Exxon Corp., 764 F.2d 1148, 1151 (5th Cir. 1985). This case is therefore dismissed.

DONE at Brownsville, Texas, this __13__ day of June 2000.

_____
Hilda G. Tagle
United States District Judge

2